# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-40267 (JPG) |
| California Palms, LLC, | Chapter 11 |
| Debtor. | Judge John P. Gustafson |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Daniel M. McDermott, United States Trustee for Region 9, in this case.

Dated: February 27, 2019

Respectfully submitted,

**DANIEL M. MCDERMOTT**
**UNITED STATES TRUSTEE, REGION 9**

By: /s/ Tiiara N. A. Patton .
    Tiiara N. A. Patton (0081912)
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue E, Suite 441
    Cleveland, Ohio 44114
    Phone: (216) 522-7800
    Fax:   (216) 522-7193
    Email: tiiara.patton@usdoj.gov

## Certificate of Service

    I hereby certify that on February 27, 2019, a true and correct copy of the foregoing Notice of Appearance was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System:

- Sebastian Rucci  SebRucci@gmail.com
- United States Trustee  (Registered address)@usdoj.gov

                By: */s/ Tiiara N. A. Patton* .
                  Tiiara N. A. Patton (0081912)
                  Trial Attorney
                  United States Department of Justice
                  Office of the United States Trustee
                  Howard M. Metzenbaum U.S. Courthouse
                  201 Superior Avenue E, Suite 441
                  Cleveland, Ohio 44114
                  Phone: (216) 522-7800
                  Fax:  (216) 522-7193
                  Email: tiiara.patton@usdoj.gov