# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

In Re:

California Palms, LLC,

     Debtor.

_____/

Case No. 19-40267-jpg

Chapter 11

Judge John P. Gustafson

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Pender Capital Asset Based Lending Fund I, L.P., in this bankruptcy matter, and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

Nancy A. Valentine, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio  44114
Phone:  (216) 716-5040
Fax:  (248) 879-2001
valentinen@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or

otherwise or made with regard to the referenced case and proceedings herein.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Nancy A. Valentine
     Nancy A. Valentine (0069503)
     1100 Superior Avenue East, Suite 1750
     Cleveland, Ohio 44114
     Phone: (216) 716-5040
     Fax: (248) 879-2001
     valentinen@millercanfield.com

Dated: March 1, 2019

33110144.1\157569-00001

## Certificate of Service

I hereby certify that on March 1, 2019, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System:

Sebastian Rucci     SebRucci@gmail.com
United States Trustee     (Registered address)@usdoj.gov
Tiiara N. A. Patton ust401          tiiara.patton@usdoj.gov

By:  /s/ Nancy A. Valentine
Nancy A. Valentine (0069503)
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio  44114
Phone:  (216) 716-5040
Fax:  (248) 879-2001
valentinen@millercanfield.com

33110144.1\157569-00001