IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re:

California Palms, LLC,

    Debtor.

_____/

Case No. 19-40267-jpg

Chapter 11

Judge John P. Gustafson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Northern District of Ohio, the undersigned moves for the entry of an order admitting applicant Ronald A. Spinner ("Applicant") *pro hac vice* to the bar of this Court for the purpose of representing Pender Capital Asset Based Lending Fund I, LP in this matter. In support of this motion, the undersigned submits the following information:

    1.    Applicant is a Principal at Miller Canfield Paddock & Stone, PLC, which is located at 150 West Jefferson Avenue, Suite 2500, Detroit, MI 48226.

    2.    Applicant is admitted and in good standing with the bar of the State of Michigan, and admitted to practice before the Eastern and Western Districts of Michigan and the Sixth Circuit Court of Appeals. Applicant has never been suspended, disbarred, or otherwise disciplined in any jurisdiction.

    3.    Applicant submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of this action.

WHEREFORE, Applicant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and

that Applicant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in this matter.

                Respectfully submitted,

                MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                By: /s/ Ronald A. Spinner
                      Ronald A. Spinner - P73198
                      150 W. Jefferson Ave., Suite 2500
                      Detroit, MI 48226
                      (313) 496-7829
                      (313) 496-8452 (Fax)
                      Email: spinner@millercanfield.com

Dated: March 5, 2019

# **CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2019, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served upon the following in the manner indicated:

<u>Via the Court's Electronic Case Filing System:</u>

- Sebastian Rucci    SebRucci@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Nancy A. Valentine    valentinen@millercanfield.com, waldroup@millercanfield.com
- Tiiara N. A. Patton ust401    tiiara.patton@usdoj.gov


                    By:  <u>/s/ Ronald A. Spinner</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re:

California Palms, LLC,

    Debtor.

_____/

Case No. 19-40267-jpg

Chapter 11

Judge John P. Gustafson

**ORDER GRANTING MOTION FOR ADMISSION**
**_PRO HAC VICE_ OF RONALD A. SPINNER**

Upon the Motion for Admission *Pro Hac Vice* of Ronald A. Spinner, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. Ronald A. Spinner is hereby admitted *pro hac vice* to appear before this Court in the above-captioned chapter 11 case.

# # #

SUBMITTED BY:

By: /s/ Ronald A. Spinner
Ronald A. Spinner, Esq. (P71149)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swansonm@millercanfield.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, a true and correct copy of the foregoing Order Granting Motion for Admission Pro Hac Vice was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System:

- Sebastian Rucci    SebRucci@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Nancy A. Valentine    valentinen@millercanfield.com, waldroup@millercanfield.com
- Tiiara N. A. Patton ust401    tiiara.patton@usdoj.gov


By: /s/ Ronald A. Spinner

33153651.1\DEPT-BKPY