**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_John P. Gustafson_
United States Bankruptcy Judge

**Dated: March 12 2019**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re | Case No. 19-40267 |
| California Palms, LLC | Chapter 11 |
| Debtor(s). | |
| | JUDGE JOHN P. GUSTAFSON |

### HEARING ORDER

This matter comes before the court upon the Motion to Prohibit Use of Cash Collateral [Doc. #11], filed Creditor Pender Capital Asset Based Lending Fund I, L.P. This matter will be set for hearing.

Accordingly, it is therefore,

**ORDERED** that this matter is hereby set for hearing before the Honorable John P. Gustafson, on **March 20, 2019 at 10:00 a.m.**, United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio.