**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: March 12 2019**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re ) | Case No. 19-40267 |
| ) | |
| California Palms, LLC. ) | Chapter 11 |
| ) | |
| Debtor ) | JUDGE JOHN P. GUSTAFSON |
| ) | |

### ORDER SETTING STATUS CONFERENCE

This matter comes before the Court *sua sponte* pursuant to 11 U.S.C. §105(d). A Status Conference will be set in this case.

Accordingly,

**IT IS ORDERED** that a Status Conference pursuant to 11 U.S.C. §105(d) be, and hereby is, scheduled before the Honorable John P. Gustafson on **April 15, 2019 at 10:00 a.m.**, United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio.