UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: )
) Case No. 19-40267-jpg
California Palms, LLC )
) Judge: Honorable John P. Gustafson
Debtor, )
) Chapter 11 Proceeding
)
)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure, the debtor, California Palms, LLC, states that there is no parent corporation and no publicly held corporation which owns 10% or more of its stock.

Respectfully Submitted,

*/s/ Sebastian Rucci*  Date: March 13, 2019
Sebastian Rucci (CA Bar No. 178114)
5455 Clarkins Drive
Youngstown, Ohio 44515
Phone (330) 720-0398
email: SebRucci@gmail.com
Attorney for Plaintiffs