```
                              United States Bankruptcy Court
                                  Northern District of Ohio
In re:                                                              Case No. 19-40267-jpg
California Palms, LLC                                               Chapter 11
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0647-4         User: kmig1              Page 1 of 1              Date Rcvd: Mar 21, 2019
                             Form ID: pdf755          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db             +California Palms, LLC,    1051 N. Canfield-Niles Road,    Austintown, OH 44515-1110
aty            +Richard G. Zellers,    Richard G. Zellers & Associates,    3695 Boardman-Canfield Road,
                 Bldg. B, Suite 300,    Canfield, OH 44406-9009
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pender Capital Asset Based Lending Fund I, L.P.
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Nancy A. Valentine    on behalf of Creditor    Pender Capital Asset Based Lending Fund I, L.P.
               valentinen@millercanfield.com, waldroup@millercanfield.com
              Richard G. Zellers    on behalf of Attorney   Richard G. Zellers zellersesq@gmail.com
              Richard G. Zellers    on behalf of Debtor     California Palms, LLC zellersesq@gmail.com
              Ronald A. Spinner    on behalf of Creditor    Pender Capital Asset Based Lending Fund I, L.P.
               spinner@millercanfield.com
              Sebastian   Rucci    on behalf of Plaintiff    California Palms, LLC SebRucci@gmail.com
              Sebastian   Rucci    on behalf of Debtor      California Palms, LLC SebRucci@gmail.com
              Sebastian   Rucci    on behalf of Plaintiff    California Palms, Inc. SebRucci@gmail.com
              Sebastian   Rucci    on behalf of Plaintiff    California Palms Addiction Recovery Campus, Inc.
               SebRucci@gmail.com
              Tiiara N. A. Patton   ust401    on behalf of U.S. Trustee    United States Trustee
               tiiara.patton@usdoj.gov
                                                                                             TOTAL: 9
```

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_/s/ John P. Gustafson_
John P. Gustafson
United States Bankruptcy Judge

**Dated: March 21 2019**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re ) | Case No. | 19-40267 |
| ) | | |
| California Palms, LLC ) | Chapter 11 | |
| ) | | |
| Debtor(s). ) | | |
| ) | JUDGE JOHN P. GUSTAFSON | |

### HEARING ORDER

This matter comes before the court upon the Motion of Pender Capital Asset Based Lending Fund I, L.P. for Determination that Debtor California Palms, LLC Bankruptcy Case is a Single Asset Real Estate Case pursuant to Bankruptcy Code Section 101(51B) [Doc. #21], filed Creditor Pender Capital Asset Based Lending Fund I, L.P. This matter will be set for hearing.

Accordingly, it is therefore,

**ORDERED** that this matter is hereby set for hearing before the Honorable John P. Gustafson, on **April 22 2019 at 10:00 a.m.**, United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio.