IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| In re: | ) | Case No. 19-40267-jpg |
|---|---|---|
| California Palms, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Judge John P. Gustafson |
| | ) | |

**MOTION OF PENDER CAPITAL ASSET BASED LENDING FUND I, L.P. TO CONTINUE THE APRIL 15, 2019 HEARINGS ON STATUS CONFERENCE [DOC. NO. 13] AND ITS MOTION OF PENDER CAPITAL ASSET BASED LENDING FUND I, L.P. (A) TO DISMISS THIS CHAPTER 11 PROCEEDING FOR CAUSE; OR, IN THE ALTERNATIVE, (B) FOR RELIEF FROM AUTOMATIC STAY [DOC. NO. 20]**

Pender Capital Asset Based Lending Fund I, L.P. ("Movant") hereby respectfully moves ("Continuance Motion") this Court for a continuance of the *Status Conference* [Doc. No. 13] (the "Status Conference") and its *Motion of Pender Capital Asset Based Lending Fund I, L.P. (A) to Dismiss this Chapter 11 Proceeding for Cause; or, in the Alternative, (B) for Relief from Automatic Stay* [Doc. No. 20] (the "Motion to Dismiss") both currently scheduled in the above-referenced bankruptcy case for Monday, April 15, 2019, at 10:00 AM EDT (the "April 15th Hearings") to Monday, April 22, 2019, at 10:00 AM EDT or a date thereafter otherwise convenient to the Court. Movant is requesting the continuance as lead counsel for Movant will be out of state on April 15, 2019 and this Court has scheduled Movant's *Motion of Pender Capital Asset Based Lending Fund I, L.P. for Determination that Debtor California Palms, LLC Bankruptcy Case Is a Single Asset Real Estate Case Pursuant to Bankruptcy Code Section 101(51B)* [Doc No. 21] for April 22, 2019, at 10:00 AM EDT.

The United States Trustee (the "Trustee") and the Debtor's proposed counsel, Richard G. Zellers, both indicated at the hearing on March 20 and by email on March 22 that they have no objection to the continuance to April 22, 2019 at 10:00 AM EDT.

WHEREFORE, Movant respectfully requests that this Court enter an order (i) granting the Continuance Motion; (ii) continuing the April 15th Hearings until April 22, 2019 at 10:00 AM EDT or a date thereafter convenient to this Court; and (iii) granting Movant such other and further relief to which they are justly entitled. A proposed order has been submitted to the Court via its e-order upload.

Dated: March 26, 2019

Respectfully submitted,

*/s/ Nancy A. Valentine*
Nancy A. Valentine (0069503)
Miller Canfield Paddock & Stone, PLC
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio 44114
(216) 716-5044 (company)
(216) 716-5043 (fax)
valentinen@millercanfield.com

and

Ronald A. Spinner (Michigan P73198) (pro hac)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7668
Fax: (313) 496-7500
spinner@millercanfield.com

*Attorneys for Pender Capital Asset Based Lending Fund I, L.P.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, a true and correct copy of the foregoing *Motion of Pender Capital Asset Based Lending Fund I, L.P. To Continue the April 15, 2019 Hearings on Status Conference [Doc. No. 13] And Its Motion Of Pender Capital Asset Based Lending Fund I, L.P. (A) To Dismiss This Chapter 11 Proceeding For Cause; Or, In The Alternative, (B) For Relief From Automatic Stay [Doc. No. 20]* was served upon the following in the manner indicated:

<u>Via the Court's Electronic Case Filing System:</u>

Sebastian Rucci   SebRucci@gmail.com
Ronald A. Spinner   spinner@millercanfield.com
United States Trustee   (Registered address)@usdoj.gov
Nancy A. Valentine   valentinen@millercanfield.com, waldroup@millercanfield.com
Tiiara N. A. Patton ust401   tiiara.patton@usdoj.gov
Richard G. Zellers zellersesq@gmail.com

And by First Class, U.S. Mail, postage prepaid, on the following as listed on the Debtor's list of its 20 largest unsecured claims:

| | | |
|---|---|---|
| Hypercore<br>P.O. Box 840964<br>Dallas, TX 75284-0964 | Law Office of Jeff Kurz<br>42 N. Phelps Street<br>Youngstown, OH 44503-1130 | Vonage Business<br>3200 Windy Hill Rd, St 200<br>East Atlanta, GA 30339-5640 |
| AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | Law Off Robert Schuerger<br>81 S. 5th Street, Suite 400<br>Columbus, OH 43215-4323 | Ohio Edison<br>76 S. Main Street<br>Akron, OH 44308-1817 |
| Youngstown Water Dept.<br>P.O. Box 6219<br>Youngstown, OH 44501-6219 | Dominion Energy<br>P.O. Box 26785<br>Richmond, VA 23261-6785 | Law Office of James Vitullo<br>5232 Nashua Drive<br>Austintown, OH 44515-5122 |
| Ohio Bureau of Workers'<br>Compensation<br>Legal Division/Bankruptcy<br>Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | | |

*/s/ Nancy A. Valentine*
Nancy A. Valentine (0069503)
*One of the Attorneys for Pender Capital Asset Based Lending Fund I, L.P.*

33294959.1\157569-00001

4