# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40267-jpg |
| | ) | |
| California Palms, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge John P. Gustafson |
| | ) | |

**NOTICE OF** *(I) MOTION OF PENDER CAPITAL ASSET BASED LENDING FUND I, L.P. (A) TO DISMISS THIS CHAPTER 11 PROCEEDING FOR CAUSE; OR, IN THE ALTERNATIVE, (B) FOR RELIEF FROM THE AUTOMATIC STAY* **[DOC. NO. 20]; AND** *(II) MOTION OF PENDER CAPITAL ASSET BASED LENDING FUND I, L.P. FOR DETERMINATION THAT DEBTOR CALIFORNIA PALMS, LLC BANKRUPTCY CASE IS A SINGLE ASSET REAL ESTATE CASE PURSUANT TO BANKRUPTCY CODE SECTION 101(51B)* **[DOC. NO. 21] AND OPPORTUNITY TO OBJECT**

Pender Capital Asset Based Lending Fund I, L.P. ("Movant"), by and through its undersigned counsel, hereby gives notice (the "Notice") of its *Motion of Pender Capital Asset Based Lending Fund I, L.P. (A) to Dismiss this Chapter 11 Proceeding for Cause; or, in the Alternative, (B) for Relief from the Automatic Stay* [Doc. No. 20] ("Dismissal Motion") and *Motion of Pender Capital Asset Based Lending Fund I, L.P. for Determination that Debtor California Palms, LLC Bankruptcy Case is a Single Asset Real Estate Case pursuant to Bankruptcy Code Section 101(51B)* [Doc. No. 21] (collectively, the "Motions").

Per the Court's prior notices, the Court has scheduled a hearing on the Motions for April 22, 2019 at 10:00 a.m.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to approve the Dismissal Motion, or if you want the Court to consider your views on the Dismissal Motion, pursuant to Local Bankruptcy Rule 9013-1(b), unless otherwise ordered by the Court, **no later than April 12, 2019**, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:

    Clerk, United States Bankruptcy Court
    Northern District of Ohio
    10 E Commerce St,

Youngstown, OH 44503

If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. You must also send a copy to:

Nancy A. Valentine, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio 44114
Phone: (216) 716-5040
(216) 716-5044 (company)
(216) 716-5043
(fax)valentinen@millercanfield.com

Ron Spinner
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Phone: (313) 496-7829
Fax: (313)496-8452
spinner@millercanfield.com

Tiiara N. A. Patton
Trial Attorney
United States Department of Justice Office of
the United States Trustee
Howard M. Metzenbaum U.S. Courthouse,
201 Superior Avenue East, Suite 441,
Cleveland, OH 44114
Phone: (216)522-7800
Fax: (216)522-7193
tiiara.patton@usdoj.gov

If you file a response, you must attend the hearing on the Motions scheduled for April 22, 2019 at 10:00 a.m. in Courtroom, U.S. Bankruptcy Court for the Northern District of Ohio, 10 E Commerce St, Youngstown, OH 44503.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Dated: April 8, 2019

Respectfully submitted,
/s/ *Nancy A. Valentine*
Nancy A. Valentine (0069503)
Miller Canfield Paddock & Stone, PLC
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio 44114
(216) 716-5044 (company)
(216) 716-5043 (fax)
valentinen@millercanfield.com

and

Ronald A. Spinner (Michigan P73198) (*pro hac*)
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
spinner@millercanfield.com

*Attorneys for Pender Capital Asset Based Lending Fund I, L.P.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, a true and correct copy of the foregoing Notice was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System:
Sebastian Rucci        SebRucci@gmail.com
United States Trustee  (Registered address)@usdoj.gov
Tiiara N. A. Patton ust401     tiiara.patton@usdoj.gov

And by First Class, U.S. Mail, postage prepaid, on the following as listed on the Debtor's list of its 20 largest unsecured claims:

| | | |
|---|---|---|
| Hypercore<br>P.O. Box 840964<br>Dallas, TX 75284-0964 | Law Office of Jeff Kurz<br>42 N. Phelps Street<br>Youngstown, OH 44503-1130 | Vonage Business<br>3200 Windy Hill Rd, St 200<br>East Atlanta, GA 30339-5640 |
| AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | Law Off Robert Schuerger<br>81 S. 5th Street, Suite 400<br>Columbus, OH 43215-4323 | Ohio Edison<br>76 S. Main Street<br>Akron, OH 44308-1817 |
| Youngstown Water Dept.<br>P.O. Box 6219<br>Youngstown, OH 44501-6219 | Dominion Energy<br>P.O. Box 26785<br>Richmond, VA 23261-6785 | Law Office of James Vitullo<br>5232 Nashua Drive<br>Austintown, OH 44515-5122 |

Ohio Bureau of Workers'
Compensation
Legal Division/Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

April 8, 2019

*/s/ Nancy A. Valentine*
Nancy A. Valentine (0069503)
*One of the Attorneys for Pender Capital Asset Based Lending Fund I, L.P.*