The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: April 11 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE: CALIFORNIA PALMS, LLC )   CASE NO. 19-40267
                              )   CHAPTER 11
        DEBTOR                )   JUDGE JOHN P. GUSTAFSON
                              )   ORDER

Upon Motion of Plaintiff and for good cause shown, the response date to the Motions of Pender Capital Asset Based Lending Fund I, LP for dismissal, relief from stay and determination of a single asset real estate case is extended from April 12, 2019 thru April 17, 2019.

# # #

Submitted by:

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@cs.com


Office of the United States Trustee
BP America Building
200 Public Square
20th floor, Suite 3300
Cleveland, OH 44114

Attorney Richard G. Zellers
3810 Starr Centre Drive
Canfield, OH 44406

Nancy Valentine, Esq.
1100 Superior Ave. E., Suite 1750
Cleveland, OH 44114

Ron Spinner
150 W. Jefferson, Suite 2500
Detroit, MI 48226

Tiiara Patton, Esq.
U.S. Dept. of Justice
201 Superior Ave. E, Suite 441
Cleveland, OH 44114