

# 216441 - California Palms Addictions Recovery Campus Inc.

**Alexa** ███████ @newtekone.com>  Mon, Apr 15, 2019 at 12:52 PM
To: Sebastian Rucci <sebastian@caliparc.com>
Cc: ███████

Hi Sebastian,

Thank you for the update! Unfortunately I cannot provide the appraisal/third party reports until after the loan has closed but I can provide a market value once received.

Thank you,

Alexa ███████ BSS, Newtek Small Business Finance

Direct: 212-356-9500 ███████ |Fax: 866-590-6398

Email:███████@newtekone.com | Web: www.newtekone.com

Please remember to use your loan portal account to submit your loan documentation.



**From:** Sebastian Rucci <sebastian@caliparc.com>
**Sent:** Monday, April 15, 2019 12:13 PM
**To:** Alexa ███████@newtekone.com>
**Cc:** ███████@newtekone.com>
**Subject:** Re: 216441 - California Palms Addictions Recovery Campus Inc.

Hello Alexa,

I have been swamped with growth here at the facility. I will get to the uploads later this week. If you get news of the appraisal, please let me know the appraised value or if I could get a copy the appraisal that would be appreciated. The appraiser and engineer for the Phase-I were both wonderful people. Thank you.

Sebastian



# 216441 - California Palms Addictions Recovery Campus Inc.

**Alexa** ████████@newtekone.com>  Tue, Apr 16, 2019 at 5:10 PM
To: Sebastian Rucci <sebastian@caliparc.com>

Hi Sebastian,

The market value of the property came back at $9,385,000.

Thank you,

Alexa Glasgow | BSS, Newtek Small Business Finance

Direct: 212-356-9500 ████████ |Fax: 866-590-6398

Email: ████████@newtekone.com | Web: www.newtekone.com

Please remember to use your loan portal account to submit your loan documentation.

**Newtek** Business Finance Solutions

**From:** Sebastian Rucci <sebastian@caliparc.com>
**Sent:** Tuesday, April 16, 2019 5:01 PM
**To:** Alexa ████████████████@newtekone.com>
**Subject:** Re: 216441 - California Palms Addictions Recovery Campus Inc.

Hi Alexa,

I understand from the appraiser Michael that our appraisal was sent in on Friday. I"m wondering if you can get me the appraised number. Thank you.

Sebastian



## Appraisal

**All Island Valuation Services** <allislandval@aol.com>  Fri, Apr 5, 2019 at 6:44 PM
To: Sebastian@caliparc.com

Good evening Mr. Rucci,

Sorry to trouble you this evening, but I was hoping to receive the information I requested, so that I can expedite the appraisal process. If there is anyway that you can send that this evening or tomorrow morning I would greatly appreciate it.

Sincerely,

Michael Esposito
Principal
*All Island Valuation Services, LLC*
29 Crystal Brook Hollow Road
Mount Sinai, New York 11766
(631) 732-8500 tel
(631) 732-8400 fax
allislandvaluation.com