**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: April 23 2019**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) Case No. 19-40267-jpg |
| | ) |
| California Palms, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Judge John P. Gustafson |
| | ) |
| | ) **ORDER GRANTING MOTION OF** |
| | ) **PENDER CAPITAL ASSET BASED** |
| | ) **LENDING FUND I, L.P.** |
| | ) **FOR DETERMINATION THAT** |
| | ) **DEBTOR CALIFORNIA PALMS, LLC** |
| | ) **BANKRUPTCY CASE IS A SINGLE** |
| | ) **ASSET REAL ESTATE CASE** |
| | ) **PURSUANT TO BANKRUPTCY CODE** |
| | ) **SECTION 101(51B)** |

This matter came before the Court on the *Motion of Pender Capital Asset Based Lending Fund I, L.P. for Determination that Debtor California Palms, LLC Bankruptcy Case is a Single Asset Real Estate Case pursuant to Bankruptcy Code Section 101(51B)* [Doc. No. 21] (the "Motion") filed by Pender Capital Asset Based Lending Fund I, L.P. (the "Movant"), upon proper notice and a hearing, and cause having been shown to determine that Debtor is a single asset real estate entity as defined in 11 U.S.C. §101(51B), no party filed a response or otherwise

1

appeared in opposition to the Motion, or all responses have been withdrawn, and the Court being fully advised in the premises,

THE COURT ORDERS THAT Movant's motion is granted; and

IT IS FURTHER ORDERED THAT the Debtor is determined to be a single asset real estate entity as defined in in 11 U.S.C. §101(51B) and required to comply with all applicable provisions of title 11 applicable to a single asset real estate entity.

# # #

SUBMITTED BY:

/s/ Nancy A. Valentine
Nancy A. Valentine (0069503)
Miller Canfield Paddock & Stone, PLC
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio 44114
(216) 716-5040 (direct phone)
(216) 716-5044 (company)
(216) 716-5043 (fax)
valentinen@millercanfield.com

and
Ronald A. Spinner (Michigan P73198) (pro hac)
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
spinner@millercanfield.com

*Attorneys for Pender Capital Asset Based
Lending Fund I, L.P.*

## INSTRUCTIONS TO THE CLERK

Please serve the foregoing order upon the parties listed below, as indicated:

Via the Court's Electronic Case Filing System:

Jeffrey Kurz    jeffkurz@hotmail.com, dc1095dt@yahoo.com
Sebastian Rucci    SebRucci@gmail.com
Ronald A. Spinner    spinner@millercanfield.com
United States Trustee    (Registered address)@usdoj.gov

Nancy A. Valentine    valentinen@millercanfield.com, waldroup@millercanfield.com
Richard G. Zellers    zellersesq@gmail.com
Tiiara N. A. Patton ust401    tiiara.patton@usdoj.gov

And by First Class, U.S. Mail, postage prepaid, on the following as listed on the Debtor's list of its 20 largest unsecured claims:

| | | |
|---|---|---|
| Hypercore<br>P.O. Box 840964<br>Dallas, TX 75284-0964 | Law Office of Jeff Kurz<br>42 N. Phelps Street<br>Youngstown, OH 44503-1130 | Vonage Business<br>3200 Windy Hill Rd, St 200<br>East Atlanta, GA 30339-5640 |
| AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | Law Off Robert Schuerger<br>81 S. 5th Street, Suite 400<br>Columbus, OH 43215-4323 | Ohio Edison<br>76 S. Main Street<br>Akron, OH 44308-1817 |
| Youngstown Water Dept.<br>P.O. Box 6219<br>Youngstown, OH 44501-6219 | Dominion Energy<br>P.O. Box 26785<br>Richmond, VA 23261-6785 | Law Office of James Vitullo<br>5232 Nashua Drive<br>Austintown, OH 44515-5122 |
| Ohio Bureau of Workers' Compensation<br>Legal Division/Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Richard G. Zellers, Esq.<br>3695 Boardman Canfield Rd.<br>Bldg. B, Suite 300<br>Canfield, OH 44406 | |

33258414.1\157569-00001