TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED:
March 31, 2019

IN RE: :

CASE NO.: 19-40267-jpg
Chapter 11
Judge: John P. Gustafson

California Palms, LLC
**Debtor**

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   | XX | Operating Statement | (Form 2) |
   | XX | Balance Sheet | (Form 3) |
   | XX | Summary of Operations | (Form 4) |
   | XX | Monthly Cash Statement | (Form 5) |
   | XX | Statement of Compensation | (Form 6) |
   | XX | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation) **YES** XX  **NO**_____

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation) **YES** XX  **NO**_____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
(If not, attach a written explanation) **YES** XX  **NO**_____

5. All United States Trustee Quarterly fees have been paid and are current.
**YES** XX  **NO**_____

6. Have you filed your prepetition tax returns.
(If not, attach a written explanation) **YES**_____ **NO** XX

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: 4-24-2019

*[signature: Sebastian Rucci]*

**Debtor in Possession, by**
**Name:** California Palms, LLC
**Title:** Managing Member
**Phone:** 800-262-3742

Form 1

**OPERATING STATEMENT (P&L)**
**Period Ending:**
March 31, 2019

**Case No:** 19-40267-jpg

|  | Current Month | Total Since Filing |
|---|---:|---:|
| Total Revenue/Sales |  |  |
| Cost of Sales | 50,000 | 100,000 |
| **GROSS PROFIT** | 50,000 | 100,000 |
| **EXPENSES:** |  |  |
| Officer Compensation | 0 | 0 |
| Salary Expenses other Employees | 0 | 0 |
| Employee Benefits & Pensions | 0 | 0 |
| Payroll Taxes | 0 | 0 |
| Other Taxes | 28,700 | 28,700 |
| Rent and Lease Expense | 0 | 0 |
| Interest Expense | 0 | 0 |
| Insurance | 0 | 0 |
| Automobile and Truck Expense | 0 | 0 |
| Utilities (gas, electric, phone) | 0 | 0 |
| Depreciation | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Advertising | 0 | 0 |
| Supplies, Office Expense, etc. | 0 | 0 |
| Other Specify | 0 | 0 |
| Other Specify | 0 | 0 |
| **TOTAL EXPENSES:** | 28,700 | 28,700 |
| **NET OPERATING PROFIT/(LOSS)** | 21,300 | 71,300 |
| Add: Non-Operating Income: | 0 | 0 |
| Interest Income | 0 | 0 |
| Other Income | 0 | 0 |
| Less: Non-Operating Expenses: | 0 | 0 |
| Professional Fees | 10,000 | 20,000 |
| Other | 0 | 0 |
| **NET INCOME/(LOSS)** | 11,300 | 51,300 |

Form 2

# BALANCE SHEET
## Period Ending:
## March 31, 2019

Case No: 19-40267-jpg

| | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | 0 | 0 | 0 |
| Cash: | 0 | 0 | 0 |
| Inventory: | 0 | 0 | 0 |
| Accounts Receivables: | 50,000 | 50,000 | 450,000 |
| Insider Receivables | 0 | 0 | 0 |
| Land and Buildings: | 0 | 0 | 9,000,000 |
| Furniture, Fixtures & Equip: | 0 | 0 | 500,000 |
| Accumulated Depreciation: | 0 | 0 | 0 |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | 50,000 | 50,000 | 9,950,000 |
| **LIABILITIES:** | 0 | 0 | 0 |
| Postpetition Liabilities: | 0 | 0 | 0 |
| Accounts Payable: | 10,000 | 10,000 | 0 |
| Rent and Lease Payable: | 0 | 0 | 0 |
| Wages and Salaries: | 0 | 0 | 0 |
| Taxes Payable: | 28,700 | 0 | 0 |
| Other: | 0 | 0 | 0 |
| **TOTAL Postpetition Liab.** | 38,700 | 10,000 | 0 |
| Secured Liabilities: | 40,000 | 40,000 | 3,700,000 |
| Subject to Postpetition | 0 | 0 | 0 |
| Collateral or Financing Order | 0 | 0 | 0 |
| All Other Secured Liab. | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| **TOTAL Secured Liab.** | 40,000 | 40,000 | 3,700,000 |
| Prepetition Liabilities: | 0 | 0 | 100,000 |
| Taxes & Other Priority Liab. | 0 | 0 | 0 |
| Unsecured Liabilities: | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 |
| **TOTAL Prepetition Liab.** | 0 | 0 | 100,000 |
| Equity: | 0 | 0 | 150,000 |
| Owners Capital: | 0 | 0 | 6,000,000 |
| Retained Earnings-Pre Pet. | 0 | 0 | 0 |
| Retained Earnings-Post Pet. | -28,700 | 0 | 0 |
| **TOTAL Equity:** | 0 | 0 | 6,150,000 |
| **TOTAL LIABILITIES AND EQUITY:** | 50,000 | 50,000 | 9,950,000 |

Form 3

## SUMMARY OF PAYABLES AND RECEIVABLES
### Period Ended:
### March 31, 2019

Case No: 19-40267-jpg

### Schedule of Postpetition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | 0 | 0 | 0 | 0 |
| Federal: | 0 | 0 | 0 | 0 |
| State: | 0 | 0 | 0 | 0 |
| Local: | 0 | 0 | 0 | 0 |
| **FICA Withheld:** | 0 | 0 | 0 | 0 |
| **Employers FICA:** | 0 | 0 | 0 | 0 |
| **Unemployment Tax:** | 0 | 0 | 0 | 0 |
| Federal: | 0 | 0 | 0 | 0 |
| State: | 0 | 0 | 0 | 0 |
| **Sales, Use & Excise Taxes:** | 0 | 0 | 0 | 0 |
| **Property Taxes:** | 0 | 0 | 0 | 0 |
| **Workers' Compensation** |  |  |  |  |
| **Other:** | 0 | 0 | 0 | 0 |
| **TOTALS:** | 0 | 0 | 0 | 0 |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition Accounts Payable | 10,000 | 10,000 | 0 |
| Accounts Receivable | 50,000 | 50,000 | 450,000 |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

CaliParc and California Palms, Inc. secured loan to buy building and pay Pender. loan went through underwriting, committee approval, appraisal and environmental review

Form 4

## MONTHLY CASH STATEMENT
### Period Ending:
### March 31, 2019

**Cash Activity Analysis (Cash Basis Only):**            Case No: 19-40267-jpg

|   |   | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | 400 | 0 | 0 | 0 | 0 |
| B. | Receipts (Attach separate schedule) | 0 | 0 | 0 | 0 | 0 |
| C. | Balance Available (A + B) | 400 | 0 | 0 | 0 | 0 |
| D. | Less Disbursements (Attach separate schedule) | 325 | 0 | 0 | 0 | 0 |
| E. | ENDING BALANCE (C - D) | 75 | 0 | 0 | 0 | 0 |

**(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)**

**General Account:**
1. Depository Name & Location    Huntington Bank
2. Account Number (last 4 digits only)    #5032

**Payroll Account:**
1. Depository Name & Location
2. Account Number (last 4 digits only)

**Tax Account:**
1. Depository Name & Location
2. Account Number (last 4 digits only)

**Other monies on hand (specify type and location) i.e., CD's, bonds, etc.:**

Date: 4-24-2019           *Sebastian Rucci*
                                          **Debtor in Possession**

Form 5

# CASH REPORT
(BASED UPON A CONSOLIDATED ACCOUNTING OF ALL D-I-P ACCOUNTS)

CASE NAME: California Palms, LLC

CASE NUMBER: 19-40267-jpg

MONTH AND YEAR: March 31, 2019

| | |
|---|---|
| Beginning cash balance (i.e. ending balance form previous report) | $ 200 |
| Add: All receipts for the month. Do not include transfers between accounts. | $ 200 |
| Deduct: All disbursements for the month. Do not include transfers between accounts. | $ 325 |
| Net cash flow (receipts minus disbursements) | $ 75 |
| Ending cash balance (i.e. next month's beginning cash balance) | $ 75 |

================================================================================

REPORT OF UNPAID DELINQUENT POST PETITION TAXES

List all unpaid tax obligations which have accrued after the date of the filing of the Chapter 11 petition obligations) which are now due and owing (i.e. delinquent), but have, in fact, not het bee timely paid. **Do not list any prepetition tax obligations.**

| TAXING AUTHORITY | TYPE TAX | TAX PERIOD | DUE DATE | AMOUNT |
|---|---|---|---|---|
| Maho. County | R/E prop Tax | 1st half 2019 | 6-20-2019 | $28,700 |
| | | | | |
| | | | | |
| | | | | |

Form 5A

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
Period Ending:
March 31, 2019    Case No: 19-40267-jpg

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **Attach additional pages if necessary.**

**Name:** Sebastian Rucci

**Capacity:**
- ___ Shareholder
- XX Officer
- ___ Director
- ___ Insider

**Detailed Description of Duties:** Manage all company business

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
|  |  |  | 0 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance |  |  | 0 |
| Life Insurance |  |  | 0 |
| Retirement |  |  | 0 |
| Company Vehicle |  |  | 0 |
| Entertainment |  |  | 0 |
| Travel |  |  | 0 |
| Other Benefits |  |  | 0 |
| Total Benefits |  |  | 0 |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid |  |  | 0 |
| Loans |  |  | 0 |
| Other (Describe) |  |  | 0 |
| Other (Describe) |  |  | 0 |
| Other (Describe) |  |  | 0 |
| Total Other Payments |  |  | 0 |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
|  |  |  | 0 |

**Dated:** 4-24-19

*Sebastian Rucci*
**Principal, Officer, Director, or Insider**

Form 6

# SCHEDULE OF IN-FORCE INSURANCE

**Period Ending:** March 31, 2019

**Case Name:** California Palms, LLC　　　**Case No:** 19-40267-jpg

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | Ohio State Insur. Fund | 6-30-2019 |
| General Business Policy | Ace American Insur. Co | 5-10-2019 |

Form 7