**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: April 24 2019**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re ) | Case No. | 19-40267 |
| ) | | |
| California Palms, LLC ) | Chapter 11 | |
| ) | | |
| Debtor(s). ) | | |
| ) | JUDGE JOHN P. GUSTAFSON | |

## EVIDENTIARY HEARING ORDER

This case came before the court for hearing on April 22, 2019 on the Motion of Pender Capital Asset Based Lending Fund I, L.P. (A) to Dismiss this Chapter 11 Proceeding for Cause; or, in the Alternative, (B) for Relief from the Automatic Stay [Doc. #20], filed Creditor Pender Capital Asset Based Lending Fund I, L.P. This matter will be scheduled for an Evidentiary Hearing.

Accordingly,

**IT IS THEREFORE ORDERED** that this matter is hereby set for evidentiary hearing before the Honorable John P. Gustafson, on **June 17, 2019 at 10:00 a.m.**, and if needed, **June 18, 2019 at 10:00 a.m.,** United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio.

**IT IS FURTHER ORDERED** that each party will deliver by non-electronic means, <u>one copy</u> of the exhibits to the Bankruptcy Court in Toledo, Ohio to the attention of the Courtroom

Deputy at James M. Ashley and Thomas W. L. Ashley U.S. Courthouse 1716 Spielbusch Avenue Toledo, Ohio 43604, by **June 12, 2019**.

      **IT IS FURTHER ORDERED** that each party will deliver by non electronic means an <u>original and one copy</u> of the exhibits to the Bankruptcy Court in Youngstown, Ohio to the attention of the Courtroom Deputy at Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street Youngstown, Ohio 44503, by **June 12, 2019.** Exhibits are to be marked in accordance with Local Rule 9070-1. A copy of the marked exhibits shall also be provided to opposing counsel by this deadline.

      **IT IS FURTHER ORDERED** that each party must file an exhibit and witness list three (3) days prior to the hearing date.