**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



*John P. Gustafson*
United States Bankruptcy Judge

**Dated: April 24 2019**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | Case No. 19-40267 |
| | ) | |
| California Palms, LLC | ) | Chapter 11 |
| | ) | |
| **Debtor in Possession.** | ) | |
| | ) | **JUDGE JOHN P. GUSTAFSON** |

### HEARING ORDER

This case comes before the court upon the Motion to Reject Lease or Executory Contract [Doc. #47], filed by the Debtor in Possession. This matter will be set for hearing.

Accordingly, it is therefore,

**ORDERED** that this matter is hereby set for hearing before the Honorable John P. Gustafson, on **May 13, 2019 at 10:00 a.m.**, United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio.