IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: CALIFORNIA PALMS, LLC | ) | CASE NO. 19-40267 |
| | | CHAPTER 11 |
| DEBTOR | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | MOTION FOR CONTINUANCE |

Now comes the Trustee, Richard G. Zellers, by and through Counsel, and herein moves the Court for a continuance of the hearings in this matter scheduled May 13, 2019 at 10:00 a.m. regarding the Debtor's Motion to Sell and Debtor's Motion to Reject the Executory Contract, and for reasons therefore states as follows.

Attorney for the Debtor, Richard G. Zellers will be out of the country for a wedding which will take place May 12, 2019. His flight returns on May 13, 2019 in the evening. It would be impossible for him to attend these hearings, and the Debtor feels it is necessary that he be there.

Movant has discussed this matter with Atty. Valentine, which represents Pender Capital Asset Based Lender Fund, LLP, and she has indicated she has no difficulty with this continuance.

For the reasons set forth above, Richard G. Zellers, Attorney for Debtor, respectfully moves for this continuance of these hearings on another date.

**Respectfully submitted,**

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for the Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2019, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Nancy Valentine, <u>valentinen@millercanfield.com</u>
Ron Spinner, spinner@@millercanfield.com
Tiiara.patton@usdoj.gov

```
47-4
se 19-40267-jpg                    1051 N. Canfield-Niles Road        U.S. Department of Justice
rthern District of Ohio            Austintown, OH 44515-1110          Office of the United States Trustee
ungstown                                                              Howard M. Metzenbaum U.S. Courthouse
u May  2 13:37:45 EDT 2019                                            201 Superior Avenue E, Suite 441
                                                                      Cleveland, OH 44114-1234
S. Bankruptcy Court                AT&T
deral Building & US Courthouse     P.O. Box 5019                      Attorney Jeffrey Kurz
 East Commerce Street              Carol Stream, IL 60197-5019        42 North Phelps Street
ungstown, OH 44503-1693                                               Youngstown, OH 44503-1130


ninion Energy                      Hypercore                          Law Off Robert Schuerger
). Box 26785                       P.O. Box 840964                    81 S. 5th Street, Suite 400
chmond, VA 23261-6785              Dallas, TX 75284-0964              Columbus, OH 43215-4323


w Office of James Vitullo          Law Office of Jeff Kurz            (p)OHIO BUREAU OF WORKERS COMPENSATION
32 Nashua Drive                    42 N. Phelps Street                LAW SECTION BANKRUPTCY UNIT
stintown, OH 44515-5122            Youngstown, OH 44503-1130          P O BOX 15567
                                                                      COLUMBUS OH 43215-0567


io Edison                          Ohio Edison                        Pender Capital
01 NASA Blvd                       76 S. Main Street                  11766 Wilshire Blvd., Suite 1460
irmont WV 26554-8248               Akron, OH 44308-1817               Los Angeles, CA 90025-6547


chard G. Zellers, Esq.             Vonage Business                    Youngstown Water Dept.
95 Boardman Canfield Rd.           3200 Windy Hill Rd, St 200 East    P.O. Box 6219
dg. B, Suite 300                   Atlanta, GA 30339-5640             Youngstown, OH 44501-6219
nfield, OH 44406-9009


ffrey Kurz                         Richard G. Zellers                 Sebastian Rucci
 North Phelps Street               Richard G. Zellers & Associates    Law Office of Sebastian Rucci
ungstown, OH 44503-1130            3695 Boardman-Canfield Road        3058 Chardonnay Lane
                                   Bldg. B, Suite 300                 Poland, OH 44514-5824
                                   Canfield, OH 44406-9009
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
io Bureau of Workers' Compensation
gal Division/Bankruptcy Unit
 Box 15567
lumbus, OH   43215-0567
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.