| | |
|---|---|
| In re: ) | Case No. 19-40267-jpg |
| ) | |
| California Palms, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | Judge John P. Gustafson |
| ) | |

**MOTION OF PENDER CAPITAL ASSET BASED LENDING FUND I, L.P. TO EXTEND THE DEADLINE FOR RESPONSE TO THE MOTION TO REJECT LEASE OR EXECUTORY CONTRACT [DOC. NO. 47]**

Pender Capital Asset Based Lending Fund I, L.P. ("Movant") hereby respectfully moves this Court for an Order extending the time to respond to Debtor's Motion to Reject Lease or Executory Contract [Doc No. 47] currently scheduled for hearing in the above-referenced bankruptcy case from Friday, May 3, 2019, to Friday, May 10, 2019, for the reasons set forth below:

1. Mr. Zellers, Debtor's counsel, consents to the extension of time.

2. The extension would set the due date for the response to the same due date as for the Motion to Sell Property Free and Clear of Liens under Section 363(f) [Doc. No. 49].

3. The extension would permit initial settlement discussions to proceed.

WHEREFORE, Movant respectfully requests that this Court enter an order extending the time to respond to Debtor's Motion to Reject Lease or Executory Contract to Friday, May 10, 2019. A proposed order has been submitted to the Court via its e-order upload.

Dated: May 2, 2019					Respectfully submitted,

					*/s/ Nancy A. Valentine*
					Nancy A. Valentine (0069503)
					Miller Canfield Paddock & Stone, PLC
					1100 Superior Avenue East, Suite 1750
					Cleveland, Ohio 44114
					(216) 716-5044 (company)
					(216) 716-5043 (fax)
					valentinen@millercanfield.com

					and

					Ronald A. Spinner (Michigan P73198) (pro hac)
					150 West Jefferson, Suite 2500
					Detroit, MI 48226
					Phone: (313) 496-7668
					Fax: (313) 496-7500
					spinner@millercanfield.com

					*Attorneys for Pender Capital Asset Based*
					*Lending Fund I, L.P.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, a true and correct copy of the foregoing *Motion of Pender Capital Asset Based Lending Fund I, L.P. to Extend the Deadline for Response to the Motion to Reject Lease or Executory Contract [Doc No. 47]* was served upon the following in the manner indicated:

<u>Via the Court's Electronic Case Filing System:</u>

Jeffrey Kurz     jeffkurz@hotmail.com,
Sebastian Rucci     SebRucci@gmail.com
Ronald A. Spinner     spinner@millercanfield.com
United States Trustee     (Registered address)@usdoj.gov
Nancy A. Valentine     valentinen@millercanfield.com, waldroup@millercanfield.com
Tiiara N. A. Patton ust401     tiiara.patton@usdoj.gov
Richard G. Zellers zellersesq@gmail.com

and by first-class, U.S. mail, postage prepaid, on the following as listed on the Debtor's list of its 20 largest unsecured claims:

Hypercore
P.O. Box 840964
Dallas, TX 75284-0964

Law Office of Jeff Kurz
42 N. Phelps Street
Youngstown, OH 44503-1130

Vonage Business
3200 Windy Hill Rd, St 200
East Atlanta, GA 30339-5640

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

Law Off Robert Schuerger
81 S. 5th Street, Suite 400
Columbus, OH 43215-4323

Ohio Edison
76 S. Main Street
Akron, OH 44308-1817

Youngstown Water Dept.
P.O. Box 6219
Youngstown, OH 44501-6219

Dominion Energy
P.O. Box 26785
Richmond, VA 23261-6785

Law Office of James Vitullo
5232 Nashua Drive
Austintown, OH 44515-5122

Ohio Bureau of Workers'
Compensation
Legal Division/Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Edison
5001 NASA Blvd
Fairmont WV 26554

                          */s/ Nancy A. Valentine*
                          Nancy A. Valentine (0069503)
                          *One of the Attorneys for Pender Capital Asset Based Lending Fund I, L.P.*

33551024.1\157569-00001