United States Bankruptcy Court
Northern District of Ohio

In re:  
California Palms, LLC  
    Debtor

Case No. 19-40267-jpg  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0647-4    User: bfaun    Page 1 of 1    Date Rcvd: May 02, 2019  
Form ID: pdf723    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
```
db         +California Palms, LLC,    1051 N. Canfield-Niles Road,    Austintown, OH 44515-1110
aty        +Richard G. Zellers,    Richard G. Zellers & Associates,    3695 Boardman-Canfield Road,
             Bldg. B, Suite 300,    Canfield, OH 44406-9009
cr         +Jeffrey Kurz,    42 North Phelps Street,    Youngstown, OH 44503-1130
           +Mr. Ron Spinner,    150 W. Jefferson,    Suite 2500,    Detroit, MI 48226-4415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Pender Capital Asset Based Lending Fund I, L.P.
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
```
          Jeffrey Kurz    on behalf of Creditor Jeffrey Kurz jeffkurz@hotmail.com, dc1095dt@yahoo.com
          Nancy A. Valentine    on behalf of Defendant    Pender Capital Asset Based Lending Fund I, L.P.
           valentinen@millercanfield.com,    waldroup@millercanfield.com
          Nancy A. Valentine    on behalf of Defendant    Pender Capital, Inc valentinen@millercanfield.com,
           waldroup@millercanfield.com
          Nancy A. Valentine    on behalf of Creditor    Pender Capital Asset Based Lending Fund I, L.P.
           valentinen@millercanfield.com,    waldroup@millercanfield.com
          Richard G. Zellers    on behalf of Plaintiff    California Palms, Inc. zellersesq@gmail.com
          Richard G. Zellers    on behalf of Plaintiff    California Palms Addiction Recovery Campus, Inc.
           zellersesq@gmail.com
          Richard G. Zellers    on behalf of Debtor    California Palms, LLC zellersesq@gmail.com
          Richard G. Zellers    on behalf of Plaintiff    California Palms, LLC zellersesq@gmail.com
          Richard G. Zellers    on behalf of Attorney Richard G. Zellers zellersesq@gmail.com
          Ronald A. Spinner    on behalf of Creditor    Pender Capital Asset Based Lending Fund I, L.P.
           spinner@millercanfield.com
          Sebastian Rucci    on behalf of Plaintiff    California Palms, LLC SebRucci@gmail.com
          Sebastian Rucci    on behalf of Debtor    California Palms, LLC SebRucci@gmail.com
          Sebastian Rucci    on behalf of Plaintiff    California Palms, Inc. SebRucci@gmail.com
          Sebastian Rucci    on behalf of Plaintiff    California Palms Addiction Recovery Campus, Inc.
           SebRucci@gmail.com
          Tiiara N. A. Patton    ust401    on behalf of U.S. Trustee    United States Trustee
           tiiara.patton@usdoj.gov
                                                                                             TOTAL: 15
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: May 2 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: CALIFORNIA PALMS, LLC | ) | CASE NO. 19-40267 |
| | | CHAPTER 11 |
| DEBTOR | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | ORDER |

Upon Motion of Debtor, for good cause shown, and there being no objections, the matters scheduled for May 13, 2019 are hereby continued. The Court will notify the parties of the new date.

### 

Respectfully submitted,

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
 (330) 702-0780
 (330) 702-0788 facsimile
zellersesq@gmail.com

Attorney Richard G. Zellers
3810 Starr Centre Drive
Canfield, OH 44406

Nancy Valentine, Esq.
1100 Superior Ave. E., Suite 1750
Cleveland, OH 44114

Ron Spinner
150 W. Jefferson, Suite 2500
Detroit, MI 48226

Tiiara Patton, Esq.
U.S. Dept. of Justice
201 Superior Ave. E, Suite 441
Cleveland, OH 44114