```
                      United States Bankruptcy Court
                        Northern District of Ohio
```

In re:                                                    Case No. 19-40267-jpg
California Palms, LLC                                     Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0647-4         User: bfaun          Page 1 of 1          Date Rcvd: May 02, 2019
                             Form ID: pdf804      Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db            +California Palms, LLC,   1051 N. Canfield-Niles Road,   Austintown, OH 44515-1110
aty           +Richard G. Zellers,   Richard G. Zellers & Associates,   3695 Boardman-Canfield Road,
               Bldg. B, Suite 300,   Canfield, OH 44406-9009
cr            +Jeffrey Kurz,   42 North Phelps Street,   Youngstown, OH 44503-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Pender Capital Asset Based Lending Fund I, L.P.
                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
          Jeffrey Kurz    on behalf of Creditor Jeffrey Kurz jeffkurz@hotmail.com,   dc1095dt@yahoo.com
          Nancy A. Valentine    on behalf of Defendant   Pender Capital Asset Based Lending Fund I, L.P.
           valentinen@millercanfield.com,   waldroup@millercanfield.com
          Nancy A. Valentine    on behalf of Defendant   Pender Capital, Inc valentinen@millercanfield.com,
           waldroup@millercanfield.com
          Nancy A. Valentine    on behalf of Creditor   Pender Capital Asset Based Lending Fund I, L.P.
           valentinen@millercanfield.com,   waldroup@millercanfield.com
          Richard G. Zellers    on behalf of Plaintiff   California Palms Addiction Recovery Campus, Inc.
           zellersesq@gmail.com
          Richard G. Zellers    on behalf of Debtor   California Palms, LLC zellersesq@gmail.com
          Richard G. Zellers    on behalf of Plaintiff   California Palms, LLC zellersesq@gmail.com
          Richard G. Zellers    on behalf of Attorney Richard G. Zellers zellersesq@gmail.com
          Richard G. Zellers    on behalf of Plaintiff   California Palms, Inc. zellersesq@gmail.com
          Ronald A. Spinner    on behalf of Creditor   Pender Capital Asset Based Lending Fund I, L.P.
           spinner@millercanfield.com
          Sebastian Rucci    on behalf of Plaintiff   California Palms, LLC SebRucci@gmail.com
          Sebastian Rucci    on behalf of Debtor   California Palms, LLC SebRucci@gmail.com
          Sebastian Rucci    on behalf of Plaintiff   California Palms, Inc. SebRucci@gmail.com
          Sebastian Rucci    on behalf of Plaintiff   California Palms Addiction Recovery Campus, Inc.
           SebRucci@gmail.com
          Tiiara N. A. Patton   ust401    on behalf of U.S. Trustee   United States Trustee
           tiiara.patton@usdoj.gov
                                                               TOTAL: 15
```

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated:  May 2 2019**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40267-jpg |
| | ) | |
| California Palms, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge John P. Gustafson |
| | ) | |
| | ) | **ORDER GRANTING MOTION OF** |
| | ) | **PENDER CAPITAL ASSET BASED** |
| | ) | **LENDING FUND I, L.P.  TO EXTEND** |
| | ) | **THE DEADLINE FOR RESPONSE TO** |
| | ) | **THE MOTION TO REJECT LEASE** |
| | ) | **OR EXECUTORY CONTRACT [DOC.** |
| | ) | **NO. 47]** |
| | ) | |
| | ) | |

This matter came before the Court on the *Motion of Pender Capital Asset Based Lending Fund I, L.P. to Extend the Deadline for Response to the Motion to Reject Lease or Executory Contract [Doc. No. 47]* (the "Motion") filed by Pender Capital Asset Based Lending Fund I, L.P. (the "Movant"), upon proper notice and a hearing, and the Court being fully advised in the premises,

THE COURT ORDERS THAT Movant's motion is granted.

1

# # #

SUBMITTED BY:

/s/ Nancy A. Valentine
Nancy A. Valentine (0069503)
Miller Canfield Paddock & Stone, PLC
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio 44114
(216) 716-5040 (direct phone)
(216) 716-5044 (company)
(216) 716-5043 (fax)
valentinen@millercanfield.com

and

Ronald A. Spinner (Michigan P73198) (pro hac)
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 963-6420
spinner@millercanfield.com

*Attorneys for Pender Capital Asset Based
Lending Fund I, L.P.*

## INSTRUCTIONS TO THE CLERK

Please serve the foregoing Order upon the parties listed below, as indicated:

Via the Court's Electronic Case Filing System:

Jeffrey Kurz    jeffkurz@hotmail.com,
Sebastian Rucci    SebRucci@gmail.com
Ronald A. Spinner    spinner@millercanfield.com
United States Trustee    (Registered address)@usdoj.gov
Nancy A. Valentine    valentinen@millercanfield.com, waldroup@millercanfield.com
Tiiara N. A. Patton ust401    tiiara.patton@usdoj.gov
Richard G. Zellers zellersesq@gmail.com

and by first-class, U.S. mail, postage prepaid, on the following as listed on the Debtor's list of its 20 largest unsecured claims:

| | | |
|---|---|---|
| Hypercore | Law Office of Jeff Kurz | Vonage Business |
| P.O. Box 840964 | 42 N. Phelps Street | 3200 Windy Hill Rd, St 200 |
| Dallas, TX 75284-0964 | Youngstown, OH 44503-1130 | East Atlanta, GA 30339-5640 |
| | | |
| AT&T | Law Off Robert Schuerger | Ohio Edison |
| P.O. Box 5019 | 81 S. 5th Street, Suite 400 | 76 S. Main Street |

2

Carol Stream, IL 60197-5019    Columbus, OH 43215-4323    Akron, OH 44308-1817


Youngstown Water Dept.     Dominion Energy           Law Office of James Vitullo
P.O. Box 6219              P.O. Box 26785            5232 Nashua Drive
Youngstown, OH 44501-6219  Richmond, VA 23261-6785   Austintown, OH 44515-5122

Ohio Bureau of Workers'    Ohio Edison
Compensation               5001 NASA Blvd
Legal Division/Bankruptcy  Fairmont WV 26554
Unit
PO Box 15567
Columbus, OH 43215-0567


33551054.1\157569-00001

3