IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: CALIFORNIA PALMS, LLC | ) | CASE NO. 19-40267 |
| | | CHAPTER 11 |
| DEBTOR | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | NOTICE OF WITHDRAWAL OF MOTION |
| | ) | |

Now comes the Debtor, by and through Counsel, and herein notices that it is voluntarily withdrawing its Motion for an Order authorizing the Sale of Property Free and Clear of Liens pursuant to 11 U.S.C. Section 363 (Docket 49) filed on the 19th day of April, 2019.

**Respectfully submitted,**

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for the Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on May 16, 2019, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Nancy Valentine, valentinen@millercanfield.com
Ron Spinner, spinner@@millercanfield.com
Tiiara.patton@usdoj.gov