IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: CALIFORNIA PALMS, LLC | ) | CASE NO. 19-40267 |
| | | CHAPTER 11 |
| DEBTOR | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | MOTION FOR CONTINUANCE |

Now comes the Debtor, by and through Counsel, and herein requests this Court for a continuance on its Motion for an Order authorizing Rejection of Executory Contract (Docket 47) presently scheduled for Monday, May 20, 2019 at 10:00 a.m. until Monday June 17, 2019 at 10:00 a.m., and for reasons therefore states as follows.

The Debtor has withdrawn all other motions that have been scheduled for May 20, 2019 and does not believe that the Motion to Reject the Executory Contract should be standing alone. It is much more economical for the Court to continue this until the June 17, 2019 hearings, which have been set on this matter. Additionally, all of these matters interrelate and should be heard simultaneously.

Finally, as negotiations have been proceeding, arguments over this matter could possibly chill the continued negotiations.

For the reason set forth above, the Debtor respectfully request this Court for an Order continuing the hearing scheduled for May 20, 2019 at 10:00 a.m. until June 17, 2019 at 10:00 a.m., and for such other and further relief as the Court deems equitable.

Respectfully submitted,

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for the Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@gmail.com

## CERTIFICATE OF SERVICE

I certify that on May 17, 2019, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Nancy Valentine, valentinen@millercanfield.com
Ron Spinner, spinner@@millercanfield.com
Tiiara.patton@usdoj.gov