**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: May 17 2019**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | Case No. 19-40267 |
| | ) | |
| California Palms, LLC, | ) | |
| | ) | **Chapter 11** |
| **Debtor-In-Possession** | ) | |
| | ) | |
| | ) | **JUDGE JOHN P. GUSTAFSON** |

## ORDER GRANTING MOTION TO CONTINUE

This case is before the court on Debtor-In-Possession California Palms, LLC's Motion to Continue Hearing ("Motion"). [Doc. #77]. In its Motion, filed on May 17, 2019, Debtor-In-Possession requests a continuance of the May 20, 2019 Hearing on Debtor-In-Possession's Motion to Reject Executory Contract. [Doc. #47]. Based on its review of the case docket and after contacting the parties, and after receiving consent from counsel for Creditor Pender Capital Asset Based Lending Fund I, L.P., the court will grant the Motion and continue the Hearing on Debtor-In-Possession's Motion to Reject Executory Contract to June 17, 2019 at 10:00 a.m.

**IT IS THEREFORE ORDERED** that Debtor-In-Possession California Palms, LLC's Motion to Continue Hearing [Doc. # 77] be, and hereby is, **GRANTED**. The Hearing on Debtor-In-Possession's Motion to Reject Executory Contract [Doc. #47] set for May 20, 2019 at 10:00 a.m. is continued to **June 17, 2019 at 10:00 a.m.** The continued Hearing will still take place at United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio.