IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: CALIFORNIA PALMS, LLC | ) | CASE NO. 19-40267 |
| | | CHAPTER 11 |
| DEBTOR | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | NOTICE OF WITHDRAWAL OF MOTION |
| | ) | |

Now comes the Debtor, by and through Counsel, and herein notices that it is voluntarily withdrawing its Motion to Extend Time for which the Debtor can file its Plan of Reorganization filed in this Court May 3, 2019 (Docket 65).

**Respectfully submitted,**

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for the Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@gmail.com

### CERTIFICATE OF SERVICE

I certify that on May 20, 2019, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Nancy Valentine, valentinen@millercanfield.com
Ron Spinner, spinner@@millercanfield.com
Tiiara.patton@usdoj.gov