**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: May 31 2019**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | **Case No. 19-40267** |
| | ) | |
| California Palms, LLC, | ) | |
| | ) | **Chapter 11** |
| **Debtor-In-Possession** | ) | |
| | ) | |
| | ) | **JUDGE JOHN P. GUSTAFSON** |

### ORDER FOR SHOW CAUSE HEARING ON STRIKING DOCUMENT

This case is before the court *sua sponte* on Debtor-In-Possession California Palms, LLC's Notice of Removal. [Doc. #88]. Upon review of the docket, it appears that the $350 fee required by the filing of a notice of removal was not paid.[1] Further, it appears that Document Number 88 was filed using an incorrect filing event code.

Accordingly, this matter will be set for telephonic hearing to show cause why Document Number 88 should not be stricken from the docket for failure to pay the filing fee and failure to utilize the correct filing event code.

---

[1]/ Filing fee amounts can be found at https://www.ohnb.uscourts.gov/content/filing-fees.

**IT IS THEREFORE ORDERED** that Debtor-In-Possession California Palms, LLC's Notice of Removal [Doc. #88] be, and hereby is, set for telephonic hearing on **June 10, 2019 at 10:00 a.m.** to show cause why it should not be stricken from the docket for failure to pay the filing fee and failure to utilize the correct filing event code. The parties should provide Chambers with a contact telephone number at least 24 hours before the hearing time.