**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: June 3 2019**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) Case No. 19-40267-jpg |
| | ) |
| California Palms, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Judge John P. Gustafson |
| | ) |
| | ) Property Address and Parcel No.: |
| | ) Parcel No. 48-042-0-063.000 |
| | ) 1051 N. Canfield Niles Rd., Austintown, |
| | ) Ohio (aka 5455 Clarkins Drive, Austintown |
| | ) Township, Ohio) |
| | ) |
| | ) **ORDER GRANTING *EX PARTE*** |
| | ) **MOTION FOR SHORTENED NOTICE** |
| | ) **PERIOD AND REDUCED NOTICE** |
| | ) **FOR MOTION OF PENDER CAPITAL** |
| | ) **ASSET BASED LENDING FUND I, L.P.** |
| | ) **FOR REMAND OF REMOVED CASE** |
| | ) **NUMBER 2018-CV-01015 TO** |
| | ) **MAHONING COUNTY COURT,** |
| | ) **STATE OF OHIO** |

This matter came before the Court on the Ex Parte *Motion for Shortened Notice Period and Reduced Notice for Motion of Pender Capital Asset Based Lending Fund I, L.P. for Remand of Removed Case Number 2018-CV-01015 to Mahoning County Court, State Of Ohio* (the "*Ex Parte* Motion," Doc No. 96) filed by Pender Capital Asset Based Lending Fund I, L.P. (the "Movant"). The *Ex Parte* Motion seeks to reduce the notice period in connection with the *Motion of Pender Capital Asset Based Lending Fund I, L.P. for Remand of Removed Case Number 2018-CV-01015 to Mahoning County Court, State of Ohio* [Doc. No. 94] ("Remand Motion") filed by the Movant.

The court has reviewed the *Ex Parte* Motion and finds that a hearing is unnecessary. The *Ex Parte Motion* sufficiently demonstrates cause for reduction of the notice period as required by Federal Rule of Bankruptcy Procedure 9006(c).

NOW THEREFORE, IT IS HEREBY ORDERED THAT the *Ex Parte* Motion is granted.

IT IS FURTHER ORDERED that the Remand Motion shall be heard on **June 10, 2019, at 10.00 a.m.** at the U.S. Bankruptcy Court for the Northern District of Ohio, 10 E Commerce St, Youngstown, Ohio.

IT IS FURTHER ORDERED THAT any objection to the Remand Motion shall be filed with the court and served on requisite parties by **5:00 p.m. (Eastern) on Friday, June 7, 2019**.

IT IS FURTHER ORDERED THAT in the event no objections are timely filed, the Movant may file a certificate of no objection, in which case the Court may enter an order approving the relief sought without the need for a hearing.

IT IS FURTHER ORDERED THAT ECF service of this Order provides sufficient notice to interested parties who may wish to review and potentially object to the Motion.

# # #

SUBMITTED BY:

/s/ Nancy A. Valentine
Nancy A. Valentine (0069503)
Miller Canfield Paddock & Stone, PLC
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio 44114
(216) 716-5040 (direct phone)
(216) 716-5044 (company)
(216) 716-5043 (fax)
valentinen@millercanfield.com

and
Ronald A. Spinner (Michigan P73198) (pro hac)
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
spinner@millercanfield.com

*Attorneys for Pender Capital Asset Based Lending Fund I, L.P.*

## INSTRUCTIONS TO THE CLERK

Please serve the foregoing Order upon the parties listed below, as indicated:

Via the Court's Electronic Case Filing System:

Jeffrey Kurz    jeffkurz@hotmail.com, dc1095dt@yahoo.com
Sebastian Rucci    SebRucci@gmail.com
Ronald A. Spinner    spinner@millercanfield.com
United States Trustee    (Registered address)@usdoj.gov
Nancy A. Valentine    valentinen@millercanfield.com, waldroup@millercanfield.com
Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com
Richard G. Zellers    zellersesq@gmail.com
Tiiara N. A. Patton ust401    tiiara.patton@usdoj.gov