**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: June 11 2019**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) Case No. 19-40267-jpg |
| | ) |
| California Palms, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Judge John P. Gustafson |
| | ) |
| | ) Property Address and Parcel No.: |
| | ) Parcel No. 48-042-0-063.000 |
| | ) 1051 N. Canfield Niles Rd., Austintown, |
| | ) Ohio (aka 5455 Clarkins Drive, Austintown |
| | ) Township, Ohio) |
| | ) |
| | ) **ORDER GRANTING MOTION OF** |
| | ) **PENDER CAPITAL ASSET BASED** |
| | ) **LENDING FUND I, L.P. FOR** |
| | ) **REMAND OF REMOVED CASE** |
| | ) **NUMBER 2018-CV-01015 TO** |
| | ) **MAHONING COUNTY COURT,** |
| | ) **STATE OF OHIO** |

This matter having come before the Court on the *Motion of Pender Capital Asset Based Lending Fund I, L.P. for Remand of Removed Case Number 2018-CV-01015 to Mahoning County Court, State of Ohio* ("State Court Case"), upon proper notice and a hearing, and good

- 1 -

cause having been shown to grant the motion, no party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn, and the Court being fully advised in the premises,

THE COURT ORDERS THAT the motion is granted;

IT IS FURTHER ORDERED THAT the State Court Case is hereby remanded to Mahoning County Court, State Of Ohio

IT IS FURTHER ORDERED THAT the Notice of Removal [Doc. No. 88] will be stricken from the docket of this case; and

IT IS FURTHER ORDERED THAT this remand order shall not constitute an order granting relief from the automatic stay with respect to California Palms, LLC or the Property that is the subject of the State Court Case. The automatic stay remains in effect until further order of this Court.

# # #

SUBMITTED BY:

*/s/ Nancy A. Valentine*
Nancy A. Valentine (0069503)
Miller Canfield Paddock & Stone, PLC
1100 Superior Avenue East, Suite 1750
Cleveland, Ohio 44114
(216) 716-5040 (direct phone)
(216) 716-5044 (company)
(216) 716-5043 (fax)
valentinen@millercanfield.com

and
Ronald A. Spinner (Michigan P73198) (pro hac)
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
spinner@millercanfield.com

*Attorneys for Pender Capital Asset Based*

*Lending Fund I, L.P.*

Agreed to by:

*/s/ Richard G. Zellers*
Richard G. Zellers (0011764)
Richard G. Zellers & Associates
3695 Boardman-Canfield Road
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
Fax : (330) 702-0788
Email: zellersesq@gmail.com

*Attorneys for Debtor*

## INSTRUCTIONS TO THE CLERK

Please serve the foregoing Order upon the parties listed below, as indicated:

<u>Via the Court's Electronic Case Filing System:</u>

Jeffrey Kurz    jeffkurz@hotmail.com, dc1095dt@yahoo.com
•Sebastian Rucci    SebRucci@gmail.com
•Ronald A. Spinner    spinner@millercanfield.com
•United States Trustee    (Registered address)@usdoj.gov
•Nancy A. Valentine    valentinen@millercanfield.com, waldroup@millercanfield.com
•Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com
•Richard G. Zellers    zellersesq@gmail.com
•Tiiara N. A. Patton ust401    tiiara.patton@usdoj.gov

33799835.2\157569-00001
6/10/19